Argued and submitted June 26, affirmed October 22, 1997, petition for review denied January 27, 1998 (326 Or 389)

PAM'S CARPET SERVICE, INC.,
*Petitioner,*

*v.*

The filings of the
NATIONAL COUNCIL ON
COMPENSATION INSURANCE,
*Respondent below,*

*and*

SAIF CORPORATION,
*Respondent.*

(93-05-027; CA A92916)

949 P2d 303

Roger A. Luedtke argued the cause for petitioner. With him on the brief was Schwabe, Williamson & Wyatt.

Mary H. Williams, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Virginia L. Linder, Solicitor General.

Before Deits, Chief Judge, and De Muniz and Haselton, Judges.

PER CURIAM

Affirmed. *Salem Decorating Center, Inc. v. Natl. Council on Comp. Ins.*, 116 Or App 166, 840 P2d 739 (1992), *rev den* 315 Or 643 (1993).